# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC94 | 9107259 | R. Almendariz | 275 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06/04/2024 1305
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.21(c)
**Place of Offense:** Morning Star Mine Road MM10 NB
**Offense Description: Factual Basis for Charge:** Speeding 80+ in a 55 MPH zone
**HAZMAT:** ☐ (0)

### DEFENDANT INFORMATION

**Last Name:** Madrid
**First Name:** Jaime
**MI:** L

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 138 431 | NV | 2011 | Dodge Ram | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$150.00 Forfeiture Amount
+ $30 Processing Fee
$180.00 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: —
Date: —
Time: —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9107259*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 4th**, 20**24** while exercising my duties as a law enforcement officer in the **Central** District of **California**

see attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/04/2024**      Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident